1  DOWNEY BRAND LLP
   DEBBIE J. VOROUS (Bar No. 166884)
2  JAMES P. LUCAS (Bar No. 229550 )
   555 Capitol Mall, Tenth Floor
3  Sacramento, CA  95814-4686
   Telephone:     (916) 444-1000
4  Facsimile:      (916) 444-2100

5  Attorneys for Plaintiff
   RICHARD LAWRENCE BUZEN

6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | RICHARD LAWRENCE BUZEN,          | CASE NO.  2:07-CV-00480-WBS-DAD

12 |         Plaintiff,                | **STIPULATION AND [PROPOSED]**
                                       | **ORDER GRANTING LEAVE TO FILE A**
13 |     v.                            | **FIRST AMENDED COMPLAINT**

14 | WACHOVIA CORPORATION, et al.,

15 |         Defendants.

16

17                              **STIPULATION**

18      Counsel for Plaintiff Richard Lawrence Buzen ("Plaintiff"), Debbie J. Vorous of Downey

19 Brand, LLP, and counsel for Defendants Wachovia Corporation and Liberty Life Assurance

20 Company of Boston (collectively "Defendants"), Stacey Zartler of Fisher & Phillips LLP, hereby

21 stipulate and agree as follows:

22                                    **I.**

23          **STIPULATION REGARDING PLAINTIFF'S LTD CLAIM**

24      1.     The following facts are agreed upon with respect to plaintiff's obligation to

25 exhaust administrative remedies under Wachovia's Long-Term Disability ("LTD") Plan.

26          a.     Plaintiff made a claim for short-term disability ("STD") under the

27 Wachovia STD Plan in or about late December 2005/early January 2006.  Plaintiff's claim was

28 denied by Liberty Mutual Insurance Company ("Liberty Mutual") by letters dated January 23,

859127.3                              1

2006 and April 14, 2006 and the denial of Plaintiff's STD claim was upheld by the Wachovia Employee Benefits Committee ("EBC") by letter dated September 18, 2006.

   b. Plaintiff made a claim for LTD benefits under the Wachovia LTD Plan on or about September 1, 2006.  Plaintiff's LTD claim was denied by Liberty Mutual by letter dated September 15, 2006.  Plaintiff appealed Liberty Mutual's denial of his LTD claim, raising, among other things, questions of interpretation of the language of the Wachovia LTD Plan by letter of March 16, 2007.  In response to Plaintiff's appeal, Wachovia replied by letter dated April 25, 2007, denying Plaintiff's LTD claim and stating "[b]ecause Mr. Buzen has not received benefits that satisfy the Plan's definition of Disability, Mr. Buzen is not entitled to LTD benefits under the Plan."

   c. The Parties have agreed to forego any further levels of appeal with respect to plaintiff's LTD claim on the grounds that the Parties' respective positions already are set forth in the administrative record, and in the correspondence referenced above.  This provision does not waive any rights of Plaintiff to submit additional evidence or supplement discovery, not does it waive any rights of Defendants to oppose or object to such additional evidence or discovery.

  d. As a result of the foregoing, Wachovia has agreed that it will not raise the defense of failure to exhaust administrative remedies with respect to Plaintiff's claim for benefits under the Wachovia LTD Plan, only to the extent that Plaintiff did not pursue his final level of appeal to the Wachovia EBC.  The letters of Liberty Mutual (dated September 15, 2006) and Wachovia (dated April 25, 2007) set forth the basis for the denial of plaintiff's LTD claim.

## II.

## STIPULATION REGARDING AMENDMENT OF THE COMPLAINT

 1. In the interest of efficiency, the Parties have entered into the foregoing Stipulation regarding Plaintiff's LTD claim and have agreed that the Parties' dispute regarding the denial of Plaintiff's LTD claim is now ripe for adjudication.

 2. As a result, the Parties hereby stipulate and agree that Plaintiff shall be permitted to file the attached proposed First Amended Complaint containing claims related to the LTD Plan

1 | and that the proposed First Amended Complaint shall be filed within ten (10) calendar days of the
2 | date of this Order.
3 |     Plaintiff seeks leave of court to file a First Amended Complaint.

5 | DATED:  June 26, 2007          DOWNEY BRAND LLP

7 |                                                   By:          /s/ Debbie J. Vorous
8 |                                                       DEBBIE J. VOROUS
                                                      Attorney for Plaintiff
9 |                                                     RICHARD LAWRENCE BUZEN

10 | DATED:  June 26, 2007          FISHER & PHILLIPS LLP

12 |                                                   By:          /s/ Stacey Zartler
13 |                                                       STACEY ZARTLER
                                                      Attorney for Defendants
14 |                                                 WACHOVIA CORPORATION and LIBERTY
                                                LIFE ASSURANCE COMPANY OF BOSTON

### ORDER

18 |     Based on the Parties' stipulation set forth above, IT IS HEREBY ORDERED that:
19 |     1.    Plaintiff is granted leave to file a First Amended Complaint; and
20 |     2.    The First Amended Complaint shall be filed within ten (10) calendar days of the
21 | date of this Order.

24 | DATED:  June 27, 2007

                                                  WILLIAM B. SHUBB
                                                  UNITED STATES DISTRICT JUDGE