DOWNEY BRAND LLP
DEBBIE J. VOROUS (Bar No. 166884)
JAMES P. LUCAS (Bar No. 229550)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Plaintiff
RICHARD LAWRENCE BUZEN


Stacey Zartler (Bar No. 160859)
FISHER & PHILLIPS LLP
One Embarcardero Center
Suite 2340
San Francisco, CA 94111-3712
Telephone:    415-490-9000
Facsimile:    415-490-9001

Attorneys for Defendants
WACHOVIA CORPORATION and
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| RICHARD LAWRENCE BUZEN, | Case No.  2:07-CV-00480-FCD-DAD |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |
| WACHOVIA CORPORATION, et al., | |
| Defendants. | |

Plaintiff Richard Lawrence Buzen and Defendants Wachovia Corporation and Liberty Life Assurance Company of Boston, previously stipulated to a 30-day extension of time for Defendants to file and serve an Answer or otherwise move with respect to Plaintiff's First Amended Complaint.  Based on that stipulation, the current due date for Defendants' response is August 17, 2007.

1

Counsel for Plaintiff and Defendants currently are discussing settlement opportunities of this action and are optimistic that the case will be resolved.  Thus, pursuant to Local Rule 6-144(a), the parties ask the Court to extend the time in which Defendants may file their Answer or otherwise move with respect to Plaintiff's First Amended Complaint by an additional 30 days, to and including September 17, 2007.

DATED:  August 7, 2007          DOWNEY BRAND LLP


By:   /s/ Debbie J. Vorous
       DEBBIE J. VOROUS
       Attorney for Plaintiff
       RICHARD LAWRENCE BUZEN


DATED:  August 7, 2007          FISHER & PHILLIPS LLP


By:   /s/ Stacey Zartler
       STACEY ZARTLER
       Attorney for Defendants
       WACHOVIA CORPORATION and
       LIBERTY LIFE ASSURANCE COMPANY
       OF BOSTON


**IT IS SO ORDERED:**

DATED:  August 8, 2007          _____
                                FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE