DOWNEY BRAND LLP
DEBBIE J. VOROUS (Bar No. 166884)
JAMES P. LUCAS (Bar No. 229550)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Plaintiff
RICHARD LAWRENCE BUZEN


Stacey Zartler (Bar No. 160859)
FISHER & PHILLIPS LLP
One Embarcardero Center
Suite 2340
San Francisco, CA 94111-3712
Telephone:    415-490-9000
Facsimile:    415-490-9001

Attorneys for Defendants
WACHOVIA CORPORATION and
LIBERTY LIFE ASSURANCE COMPANY OF
BOSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RICHARD LAWRENCE BUZEN, | Case No. 2:07-CV-00480-FCD-DAD |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT, AND FOR FILING SECOND JOINT STATUS REPORT** |
| WACHOVIA CORPORATION, et al., | |
| Defendants. | |

Plaintiff Richard Lawrence Buzen and Defendants Wachovia Corporation and Liberty Life Assurance Company of Boston, have twice stipulated to a 30-day extension of time for Defendants to file and serve an Answer or otherwise move with respect to Plaintiff's First Amended Complaint. Based on those stipulations, the current due date for Defendants' response is September 17, 2007.

875298.1                                   1

STIP. AND ORDER EXTENDING THE TIME FOR DEF.S TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Counsel for Plaintiff and Defendants currently are continuing to discuss settlement opportunities of this action and are optimistic that the case will be resolved. The parties have made considerable progress during the month since their last stipulation was filed. Presently, the parties are largely in agreement as to the goals of the anticipated settlement, and are primarily focused on solving certain logistical issues that have arisen in conjunction with finalizing the settlement. Thus, pursuant to Local Rule 6-144(a), the parties ask the Court to extend the time in which Defendants may file their Answer or otherwise move with respect to Plaintiff's First Amended Complaint by an additional 30 days, up to and including October 17, 2007.

The parties filed a Joint Status Report, as required by Federal Rule of Civil Procedure section 26(f), on April 23, 2007. The parties note that the Court, in conjunction with the transfer of this matter to Judge Damrell, issued a Notice dated July 10, 2007. That Notice instructed the parties to file another joint status report within 60 days of the Notice, i.e., no later than September 7, 2007. For the reasons stated above, and to conserve the time and resources of the parties and the Court, the parties ask the Court to extend the time for filing of their second joint status report by an additional 30 days, up to and including October 7, 2007.

DATED: September 7, 2007        DOWNEY BRAND LLP


By:   /s/ Debbie J. Vorous
        DEBBIE J. VOROUS
        Attorney for Plaintiff
        RICHARD LAWRENCE BUZEN


DATED: September 7, 2007        FISHER & PHILLIPS LLP


By:   /s/ Stacey Zartler
        STACEY ZARTLER
        Attorney for Defendants
        WACHOVIA CORPORATION and
        LIBERTY LIFE ASSURANCE COMPANY
        OF BOSTON

ORDER

Defendants may file their Answer or otherwise move with respect to Plaintiff's First Amended Complaint by an additional 30 days, up to and including October 17, 2007.

Additionally, the parties shall have an additional 30 days, up to and including October 7, 2007 for the filing of their second joint status report.

**IT IS SO ORDERED:**

DATED: September 10, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE